UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
OTIS MICHAEL BRIDGEFORTH,

                              Plaintiff,

    v.                                                  1:10-CV-0678

NATIONAL CONSUMER SERVICES,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

       This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Randolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

       No objections to the July 15, 2010 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

       It is, therefore, **ORDERED** that:

(1) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. No. 2) is **GRANTED**.

(2) Plaintiff's Complaint (Dkt. No. 1) be **DISMISSED** for failure to state a claim under 42 U.S.C. § 1983 and for want of subject matter jurisdiction.

IT IS SO ORDERED.

Dated:August 25, 2010

_/s/ Thomas J. McAvoy_
Thomas J. McAvoy
Senior, U.S. District Judge